UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Comcast of Massachusetts III, Inc. | ) | Case No.: |
| | ) | |
| Plaintiff | ) | CORPORATION DISCLOSURE |
| | ) | STATEMENT |
| vs. | ) | |
| | ) | |
| Cheryl Price | ) | **04-40263** |
| | ) | |
| Defendant | ) | |
| | ) | |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts III, Inc.

(hereinafter "Comcast"), a non-governmental corporation, identifies the following parent

corporation and any publicly held corporation that owns 10% or more of its stock:

1.  Comcast of Massachusetts III, Inc., is a Delaware Corporation and maintains offices at 6

    Campanelli Drive Andover, MA;

2.  Comcast of Massachusetts III, Inc. is wholly owned by Comcast Cable Communications

    Holdings, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Local Counsel,

12/22/04
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278