AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Cheryl Price

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-40263

TO: (Name and address of Defendant)

Cheryl Price
33 Boutwell Street
Lunenburg, MA 01462-2310

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____ 12/07/04
(By) DEPUTY CLERK                DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

02/02/2005

I hereby certify and return that on 01/29/2005 at 11:45am I served a true and attested copy of the Summons & Comlaint for Violations of 47 U.S.C. Sec. 553, Civil Cover Sheet, Corporation Disclosure Statement, Case Cover Sheet in this action in the following manner: To wit, by delivering in hand to CHERYL PRICE at 33 BOUTWELL ST, LUNENBURG, MA. Fees: Service 30.00, Travel 20.16, Conveyance 3.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $59.16

Deputy Sheriff John C Curran

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                      Signature of Server

                                    _____
                                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.