**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (CENTRAL)**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc,** ) | Case No.: 04-40263 |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | |
| ) | **WITH PREJUDICE** |
| **Cheryl Price** ) | |
| ) | |
| Defendant ) | |
| ) | |

Now comes the Plaintiff in this action and hereby gives Notice to this Court, that pursuant to Rule 41(a)(1)(I) of the Fed. R. Civ. P., the Plaintiff dismisses, with prejudice, the Defendant Cheryl Price from the above-referenced action.

                                              Respectfully Submitted for the Plaintiff,
                                              Comcast of Massachusetts III, Inc
                                              By Its Attorney,

| | |
|---|---|
|  6/28/2005  |  /s/ John M. McLaughlin  |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on June 28, 2005, a copy of the foregoing was mailed first class to:

Cheryl Price
33 Boutwell Street
Lunenburg, MA 01462-2310

                                                              /s/ John M. McLaughlin
                                                            John M. McLaughlin, Esq.